UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Michael J. Elli

_____,        )
          Plaintiff (s),              )
                                      )
                                      )                  4:13-cv-711
     v.                               )   Case No. _____
                                      )
City of Ellisville, MO                )
                                      )
_____,        )
          Defendant(s).               )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now  Plaintiff  and notifies the court of the intent to use
         (Plaintiff or Defendant)

Brian Lilley
(name and address of process server)

11475 Olde Cabin Road

St. Louis, Missouri

To serve:  defendants _____ in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

  04/16/2013                                    /s/ Anthony E. Rothert
_____                            _____
    (date)                                       (attorney for Plaintiff)


                                                _____
                                                 (attorney for Defendant)