AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

<table>
<tr><td>Michael J. Elli</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td>4:13CV00711 HEA</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  4:13-cv-711</td></tr>
<tr><td>City of Ellisville, Missouri, et al.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Catherine Demeter
City Clerk
City of Ellisville, Missouri
1 Weiss Avenue
Ellisville, Missouri 63011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony E. Rothert
454 Whittier Street
St. Louis, Missouri 63108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  April 17, 2013

CLERK OF COURT

*James G. Woodward*

David L. Braun

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   City of Ellisville, Missouri, City Clerk - Catherine Demeter

was received by me on *(date)*          04/17/2013                    .

❐ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____  ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Kevin Bookout - City Manager          , who is

designated by law to accept service of process on behalf of *(name of organization)*   City of Ellisville, Missouri,

1 Weiss Avenue, Ellisville, MO 63011          on *(date)*     04/17/2013     ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $     75.00     for services, for a total of $     75.00     .

I declare under penalty of perjury that this information is true.

Date:     04/17/2013     _____

*Server's signature*

Brian S. Lilley - Process Server
*Printed name and title*

STLCOURTFILING.COM
11475 Olde Cabin Rd., Suite 230
St. Louis, MO 63141
*Server's address*

Additional information regarding attempted service, etc: