UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Michael J. Elli, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No.   4:13-cv- 711 HEA |
| | ) |
| City of Ellisville, Missouri, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Comes now Grant R. Doty of the American Civil Liberties Union of Eastern Missouri and hereby enters his appearance as counsel for the Plaintiff, Michael J. Elli, in the above captioned cause.

Respectfully submitted,

/s/ Grant R. Doty
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES UNION OF
EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
PHONE: (314) 652-3114
FAX: (314) 652-3112
tony@aclu-em.org
grant@aclu-em.org

ATTORNEYS FOR PLAINTIFF

Certificate of Service

I certify that a copy of the foregoing was served upon defendants by placing the same in the First Class mail addressed as set forth below on April 18, 2013:

>City of Ellisville
>Attn:  City Clerk - Kate Demeter
>Ellisville City Hall
>1 Weis Avenue
>Ellisville, MO 63011

/s/ Grant R. Doty