UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Michael J. Elli, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:13-cv- 711 HEA |
| City of Ellisville, Missouri, et al., | ) |
|     Defendants. | ) |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to FED. R. CIV. P. 65(a) and for the reasons set forth in the accompanying Memorandum in Support, Plaintiff moves for a preliminary injunction prohibiting Defendant City of Ellisville, Missouri, its agents, servants, employees, and attorneys from seizing, citing, or prosecuting any individual within the City of Ellisville for communicating by flashing his or her headlamps.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES UNION OF
EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
PHONE: (314) 652-3114
FAX: (314) 652-3112
tony@aclu-em.org
grant@aclu-em.org

ATTORNEYS FOR PLAINTIFF

<u>Certificate of Service</u>

  I certify that a copy of the foregoing was served upon defendants by placing the same in the First Class mail addressed as set forth below on April 19, 2013:

City of Ellisville
c/o Kate Demeter, City Clerk
Ellisville City Hall
1 Weis Avenue
Ellisville, Missouri 63011

                /s/ Anthony E. Rothert