UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. ELLI., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13CV711  HEA ) |
| CITY OF ELLISVILLE, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## PRELIMINARY INJUNCTION

In accordance with the Opinion, Memorandum and Order dated this same date,

**IT IS HEREBY ORDERED** that the City of Ellisville, Missouri, and its officers and agents are enjoined from seizing, citing, or prosecuting any individual within the City of Ellisville for communicating by flashing his or her headlamps.

This injunction shall become effective upon Plaintiff posting a bond in the amount of $100.00 and shall remain in effect until further order of this Court.

Dated this 3rd day of February, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE