**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Michael J. Elli, ) | |
| ) | |
| individually and on behalf of those ) | |
| similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) No.    4:13-cv-711-HEA | |
| v. ) | |
| ) | |
| City of Ellisville, Missouri; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Joint Motion to Stay Case Management Deadlines**

Come now the parties and jointly move the Court enter its order staying all CMO

deadlines in this matter for twenty-one days.  In support, Plaintiff states:

1.      Plaintiff filed this action pursuant to 42 U.S.C. § 1983, seeking damages,

declaratory judgment, and injunctive relief.

2.      The parties have reached a tentative settlement of all claims raised in

Plaintiff's Amended Complaint; however, final approval of the settlement has not been

achieved and additional time may be required to obtain it.

3.      The deadlines for initial disclosures and the initial phase of discovery are

approaching; therefore, the parties jointly request a stay of twenty-one days to avoid the

unnecessary expenditure of time and resources.

WHEREFORE the parties jointly move this Court for entry of an order staying all

deadlines in this case for period of twenty-one days, directing the parties to advise the

Court of the status of the tentative settlement no later than April 9, 2014, and allowing

such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

/s/Peter J. Dunne                          /s/ Anthony E. Rothert
Peter J. Dunne #31482MO                    Anthony E. Rothert, #44827MO
Robert T. Plunkert #62064MO                Grant R. Doty, #60788MO
PITZER SNODGRASS, P.C.                     American Civil Liberties Union of Missouri
100 South Fourth Street, Suite 400             Foundation
St. Louis, Missouri 63102-1821             454 Whittier Street
                                           St. Louis, Missouri 63108

(314) 421-5545
(314) 421-3144 (Fax)                       (314) 652-3114 Telephone
                                           (314) 652-3112 Facsimile

**Attorneys for Defendant**s                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed by way for the court's ECF/CM

system on March 19, 2014, and served on counsel by operation of the ECF/CM system.


/s/ Anthony E. Rothert