UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Michael J. Elli, | ) |
|    individually and on behalf of those similarly situated, | ) |
|    Plaintiff, | ) No. 4:13-cv-711-HEA |
| v. | ) |
| City of Ellisville, Missouri; et al., | ) |
|    Defendants. | ) |

### JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION

Come now the parties, through their respective counsel, and jointly move this Court for entry of their proposed order and permanent injunction. In support, they state:

1. In this case, Plaintiff challenges the alleged policy and custom of the City of Ellisville, Missouri, of having police officers pull over, detain, and cite individuals who are perceived by police officers as having communicated to oncoming traffic that a speed trap is ahead by flashing their automobile headlamps, and then prosecuting and imposing fines upon those individuals.

2. On February 3, 2014, on the motion of the plaintiff, this Court entered a preliminary injunction enjoining the City and its officers and agents from seizing, citing, or prosecuting any individual within the City of Ellisville for communicating by flashing his or her automobile headlamps. (Doc. # 32).

3. The parties' jointly request that this Court enter their proposed order and permanent injunction. Subject to this Court's approval, the preliminary injunction will be made permanent and the City of Ellisville and its police officers will be enjoined from

1

  detaining, seizing, citing, or prosecuting any individual within the City of Ellisville for communicating by flashing his or her automobile headlamps.

4.  Entry of the proposed order and permanent injunction would resolve all claims raised in Count I of the Amended Complaint.

5.  The proposed order is attached hereto and emailed in Word format to MOED_Proposed_Orders@moed.uscourts.gov.

WHEREFORE the parties jointly move this Court to enter the agreed-upon order and permanent injunction.

Respectfully submitted,

| | |
|---|---|
| /s/Peter J. Dunne<br>Peter J. Dunne #31482MO<br>Robert T. Plunkert #62064MO<br>PITZER SNODGRASS, P.C.<br>100 South Fourth Street, Suite 400<br>St. Louis, Missouri 63102-1821<br>(314) 421-5545<br>(314) 421-3144 (Fax)<br>dunne@pspclaw.com<br>plunkert@pspclaw.com<br><br>Attorneys for Defendants | /s/ Anthony E. Rothert<br>Anthony E. Rothert, #44827MO<br>Grant R. Doty, #60788MO<br>AMERICAN CIVIL LIBERTIES<br> UNION OF MISSOURI<br> FOUNDATION<br>454 Whittier Street<br>St. Louis, Missouri 63108<br>Phone: 314/652-3114<br>Fax: 314/652- 3112<br>trothert@aclu-mo.org<br>gdoty@aclu-mo.org<br><br>Gillian R. Wilcox, #61278MO<br>AMERICAN CIVIL LIBERTIES<br> UNION OF MISSOURI<br> FOUNDATION<br>3601 Main Street<br>Kansas City, Missouri 64111<br>Phone: 816/470-9933<br>Fax: 314/652-3114<br>gwilcox@aclu-mo.org<br><br>Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2014, the foregoing was filed and delivered by operation of the Court's CM/ECF system delivered to counsel of record for Defendant.

/s/ Anthony E. Rothert